# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

Case Number: 02-4545

PLAINTIFF:
Carpenters Pension and Annuity Fund of Philadelphia and Vicinity
and Edward Coryell

vs.

DEFENDANT:
Derrick R. Banks and Anna E. Banks

For:
Richard J. Defortuna, Esquire
Jennings Sigmond
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683

Received by TALONE & ASSOCIATES to be served on ANNA E. BANKS, 4312 Terrace Street, Philadelphia, PA 19128.

I, GERALD TAYLOR, being duly sworn, depose and say that on the **25th day of July, 2002 at 1:20 pm**, I:

**SUBSTITUTE SERVED** BY LEAVING A TRUE AND CORRECT COPY OF THIS **Summons & Complaint** AT THE WITHIN NAMED PERSON'S USUAL PLACE OF ABODE, TO A PERSON THEREIN WHO WAS 18 YEARS OF AGE OR OLDER AND WAS IN CHARGE AT THE TIME, AND/OR AUTHORIZED TO ACCEPT, BEING: **Jennifer Banks** AS **Daughter** AND INFORMING SAID PERSON OF THE CONTENTS THEREOF.

**Description** of Person Served: Age: 20, Sex: F, Race/Skin Color: Af-American, Height: 5'7, Weight: 120, Hair: Blk, Glasses: N

I am over the age of 18 and have no interest in the above action.

NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 5, 2003

GERALD TAYLOR
Process Server

Subscribed and Sworn to before me on the 26th day of July, 2002 by the affiant who is personally known to me.

NOTARY PUBLIC

TALONE & ASSOCIATES
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

Our Job Serial Number: 2002002084

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5c