**CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA & VICINITY,**
et al.
v. DERRICK R. BANKS and ANNA E. BANKS
CIVIL ACTION NO. 02-4545

JENNINGS SIGMOND ATTORNEYS' FEES - SEPTEMBER 2002

| Date | Attorney | Task | Time |
|---|---|---|---|
| 09/16/02 | CTM | Calculate Interest Due<br>Calculate Late Fees<br>Preparation of Motion for Default Judgment | 1.8 |
| 09/17/02 | CTM | Calculate Attorneys Fees<br>Revisions to Motion for Entry of Default Judgment<br>Preparation of Request for Default and Motion for Entry of Default Judgment for ECF Filing | 1.3 |
| 09/17/02 | RJD | Review of Request to Enter Default<br>Review of Motion for Default Judgment | .4 |

TOTAL HOURS   3.5

September Summary

| | | | |
|---|---|---|---|
| CTM | 3.1 Hrs x $85 /per hour = | $263.50 | |
| RJD | .4 Hrs x $175 /per hour = | $70.00 | |
| | September Total = | $333.50 | |
| (6/07/02 to 8/31/02) Total | = | $814.00 | |
| | **GRAND TOTAL** | **$1,147.50** | |



EXHIBIT 1

104503-1

Jennings Sigmond

```
REPORT DATE    09/16/02                     WORK IN PROCESS REPORT                              PAGE   1
REPORT NUMBER  JP038-048946
SORTED BY CLIENT/MATTER                                                                    PRINTED BY MMT2
BILL THROUGH RANGE 00/00/00-09/16/02


CLIENT  CHWP00   MATTER  23518     Carpenters HWP Funds              Derrick R. Banks - Loan Lit.
                                   Funds of Philadelphia & Vicinity
                                   c/o David Costello
                                   1803 Spring Garden Street
                                   Philadelphia, PA 19130

BILL TMKP :   SGR    Sanford G. Rosenthal
ORIG TMKP :   TWJ    Thomas W. Jennings


   DATE      TIMEKEEPER     HOURS        AMOUNT     DESCRIPTION

   08/13/02    CTM           .70          59.50     Preparation of Request for Default

          TIMEKEEPER TOTALS

CTM         .70      85 /hr          59.50

TOTAL       .70      $              59.50


          DISBURSEMENTS

   08/01/02    FF                     150.00    Filing Fee - US District Court

          DISBURSEMENT TOTALS

FF                 150.00

DISB TOTAL    $    150.00

BILL TOTAL    $    209.50


          LAST ACTIVE   09/04/02                    LAST PAYMENT   08/21/02
```

```
                                        Jennings Sigmond

REPORT DATE    09/16/02              WORK IN PROCESS REPORT                                    PAGE    2
REPORT NUMBER JP038-048946
SORTED BY CLIENT/MATTER                                                                    PRINTED BY MHT2
BILL THROUGH RANGE 00/00/00-09/16/02

                                 FEES/
                    HOURS       EXPENSES

REPORT TOTALS        .70         59.50
                                150.00
```

```
REPRINT OF BILLED DETAILS (as billed)

                    Bill number CHWP00-23518-001 SGR
                         Bill date   07/10/02

Carpenters Health, Welfare & Pension
  Funds of Philadelphia & Vicinity
c/o David Costello
1803 Spring Garden Street
Philadelphia, PA 19130


Derrick R. Banks - Loan Lit. (23518)

FOR PROFESSIONAL SERVICES RENDERED

06/07/02 SGR   Review of Correspondence from Fund regarding New
               Loan Default Case
               Review of Documents
               Preparation of Intake Memo
                                    .30 hrs  195  /hr       58.50
                                                       ------------
               TOTAL FEES                           $       58.50

DISBURSEMENTS

                                                       ------------
               TOTAL DISBURSEMENTS                  $         .00

BILLING SUMMARY

               TOTAL FEES                           $       58.50
                                                       ------------
               TOTAL CHARGES FOR THIS BILL          $       58.50
```

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number CHWP00-23518-002 SGR
                    Bill date    08/09/02
```

Carpenters Health, Welfare & Pension
  Funds of Philadelphia & Vicinity
c/o David Costello
1803 Spring Garden Street
Philadelphia, PA 19130


Derrick R. Banks - Loan Lit. (23518)

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/05/02 | CTM | Review of Documents from Fund; Preparation of Complaint; Preparation of Exhibits | 1.50 hrs | 85 /hr | 127.50 |
| 07/08/02 | CTM | Preparation of Summons and Civil Cover Sheets; Preparation of Complaint for Electronic Court Filing | .40 hrs | 85 /hr | 34.00 |
| 07/08/02 | SGR | Review and Revision of Participant Loan Complaint | .30 hrs | 195 /hr | 58.50 |
| 07/08/02 | RJD | Preparation of Complaint | .30 hrs | 185 /hr | 55.50 |
| 07/11/02 | CTM | Review of Documents from Court (x2) | .20 hrs | 85 /hr | 17.00 |
| 07/16/02 | CTM | Review of Documents from Court; Preparation of Complaint for Service to Anna and Derrick Banks (x2); Preparation of Letter to Talone regarding same | .80 hrs | 85 /hr | 68.00 |
| 07/19/02 | CTM | Preparation of Complaint for Service to Secretary of State and Department of Labor; Letter to Secretary of State and Department of State regarding Same | .60 hrs | 85 /hr | 51.00 |
| 07/29/02 | CTM | Review of Affidavit of Service from Talone (x2); Preparation of Affidavits of Service for Electronic Court Filing | .70 hrs | 85 /hr | 59.50 |
| 07/30/02 | CTM | Review of Documents from Court | .10 hrs | 85 /hr | 8.50 |

```
            TOTAL FEES                                    $    479.50
```

DISBURSEMENTS

07/30/02 7100 Serve Two Complaints                                 63.00

```
REPRINT OF BILLED DETAILS (as billed)
CHWP00-23518-002 SGR                                       Page     2

07/31/02 COPY Photocopies                                          3.50
                                                            -----------
            TOTAL DISBURSEMENTS                   $               66.50

BILLING SUMMARY

            TOTAL FEES                            $              479.50

            TOTAL DISBURSEMENTS                   $               66.50
                                                            -----------
            TOTAL CHARGES FOR THIS BILL           $              546.00



REPRINT OF BILLED DETAILS (as billed)
CHWP00-23518-ALL SGR                                       Page     1


            REPORT TOTALS

            TOTAL FEES                                          538.00

            TOTAL DISBURSEMENTS                                  66.50
                                                            -----------
                                                                604.50
```