IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS PENSION AND ANNUITY FUND OF PHILADELPHIA AND VICINITY | : : : : | CIVIL ACTION |
| v. | : : | |
| DERRICK R. BANKS AND ANNA E. BANKS | : : | NO.   02-4545 |

## O R D E R

AND NOW, this 3rd day of January, 2003, upon consideration of the fact that Plaintiff has filed a motion for default judgment [*See* Docket Entry No. 5], it is hereby **ORDERED** that:

The above-captioned matter is returned to the Honorable Louis H. Pollak for resolution of the pending dispositive motion.

The Clerk is directed to remove this case from my docket.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

# ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-4545**
**TODAY'S DATE**: January 3, 2003                **LAW CLERK'S INITIALS**: JJK

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1.   Richard J. DeFortuna, Esq. | 215-922-3524 |