**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


CARPENTERS PENSION AND ANNUITY   :               CIVIL ACTION
FUND OF PHILADELPHIA AND      :
VICINITY                           :
                             :
        v.             :
                             :
DERRICK R. BANKS, et al.      :          NO. 02-4545

**O R D E R**

      **AND NOW**, this 11th day of February, 2003, it is

      **ORDERED** that a hearing to assess damages will be

held on Wednesday, March 5, 2003 at 9:30 a.m. in Courtroom 16-B,

16th Floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA

19106.  Plaintiff is hereby requested to submit a memorandum of

law setting forth the theory of recovery to the Court by

Wednesday, February 26, 2003.




ATTEST:                or     BY THE COURT


BY:_Donna M. Bozzelli___      ___Louis H. Pollak___
      Deputy Clerk               Judge
Civ 12 (9/83)