IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS PENSION AND ANNUITY FUND OF PHILADELPHIA AND VICINITY, et al | : | CIVIL ACTION |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| DERRICK R. BANKS and ANNA E. BANKS | : | |
| | : | |
| Defendants | : | NO. 02-4545 |

## PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COURT'S FEBRUARY 12, 2003 ORDER

Plaintiffs, Carpenters Pension and Annuity Fund of Philadelphia and Vicinity, ("Pension Fund") and Edward Coryell ("Coryell" and together with Pension Fund "Plaintiffs") by their legal counsel, file this Motion for an Extension of Time with which to Reply to the Court's Order of February 12, 2003, requesting Plaintiffs' to submit a Memorandum of Law in Support of their Motion for Judgment by Default.

In support of this motion, Plaintiffs state as follows:

1. Plaintiffs response to the Court's Order of February 12, 2003 is presently due on February 26, 2003.

2. Due to unforeseen changes in Plaintiffs' counsel's litigation schedule as a result of the exceptionally severe weather conditions of late, Plaintiffs need five additional days, until March 3, 2003, to file their response memorandum in this matter.

3. The Defendants have not made an appearance in this matter. Consequently, there is no prejudice to any adverse party with regard to the requested extension. This is the first request for an extension of time.

111304-1

WHEREFORE, Plaintiffs respectfully request that they be granted an extension of time until March 3, 2003 for filing their response memorandum.

    Respectfully submitted,

s/Richard J. DeFortuna
SANFORD G. ROSENTHAL
RICHARD J. DeFORTUNA
JENNINGS SIGMOND
Penn Mutual Towers 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
(215) 351-0611/74

Attorney for Plaintiffs

Date: February 25, 2003

111304-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS PENSION AND ANNUITY FUND OF PHILADELPHIA AND VICINITY, et al | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| DERRICK R. BANKS and ANNA E. BANKS | : | |
| Defendants | : | NO. 02-4545 |

## ORDER

AND NOW, this _____ day of February, 2003, upon consideration of Plaintiff's Unopposed Motion for Extension Time, it is hereby ORDERED that an additional period of time until March 3, 2003 is GRANTED to file Plaintiffs' response to the Court's Order of February 12, 2003.

By the Court:

_____
LOUIS H. POLLAK, J.

111304-1

## CERTIFICATE OF SERVICE

I, Richard J. DeFortuna, state under penalty of perjury that I caused a true and correct copy of the foregoing Unopposed Motion for Extension of Time, to be forwarded by United States mail, first class, postage prepaid to the following on the date set forth below:

>Derrick R. Banks
>and
>Anna E. Banks
>4312 Terrace Street
>Philadelphia, PA 19128

>s/ Richard J. DeFortuna
>RICHARD J. DeFORTUNA

Date:   February 25, 2003

111304-1