**CERTIFICATE OF SERVICE**

I, Richard J. DeFortuna, Esquire, statue under penalty of perjury that I caused a copy of the foregoing Memorandum of Law in Support of Plaintiffs' Motion for Default Judgment to be served via first class mail, postage prepaid on the date and to the address below:

Derrick R. Banks
4312 Terrace Street
Philadelphia, PA 19128

Anna E. Banks
4312 Terrace Street
Philadelphia, PA 19128

s/Richard J. DeFortuna
RICHARD J. DEFORTUNA, ESQUIRE

Date: March 4, 2003

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWEING AND DOWNLOADING FROM THE ECF SYSTEM