IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS PENSION AND ANNUITY FUND OF PHILADELPHIA AND VICINITY, et al | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| DERRICK R. BANKS and ANNA E. BANKS | : | |
| Defendants | : | NO. 02-4545 |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COURT'S MARCH 5, 2003 ORDER**

Plaintiffs, Carpenters Pension and Annuity Fund of Philadelphia and Vicinity, ("Pension Fund") and Edward Coryell ("Coryell" and together with Pension Fund "Plaintiffs") by their legal counsel, file this Motion for an Extension of Time with which to Reply to the Court's Order of March 5, 2003, requesting Plaintiffs' to submit a Memorandum of Law in Support of their Motion for Judgment by Default.

In support of this motion, Plaintiffs state as follows:

1. Plaintiffs response to the Court's Order of March 5, 2003 is presently due on April 21, 2003.

2. Ms. Bozzelli consented to an extension of time until May 21, 2003 to file the response memorandum in this matter.

3. The Defendants have not made an appearance in this matter.

114136-1

WHEREFORE, Plaintiffs respectfully request that they be granted an extension of time until May 21, 2003 for filing their response memorandum.

Respectfully submitted,

s/ Richard J. DeFortuna
SANFORD G. ROSENTHAL
RICHARD J. DeFORTUNA
JENNINGS SIGMOND, P.C.
Penn Mutual Towers 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
(215) 351-0611/74

Attorney for Plaintiffs

Date:   April 21, 2003

114136-1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS PENSION AND ANNUITY FUND OF PHILADELPHIA AND VICINITY, et al | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| DERRICK R. BANKS and ANNA E. BANKS | : | |
| Defendants | : | NO. 02-4545 |

## ORDER

AND NOW, this _____ day of April, 2003, upon consideration of Plaintiff's Unopposed Motion for Extension Time, it is hereby ORDERED that an additional period of time until May 21, 2003 is GRANTED to file Plaintiffs' response to the Court's Order of March 5, 2003.

By the Court:

_____
LOUIS H. POLLAK, J.

114136-1

## CERTIFICATE OF SERVICE

I, Richard J. DeFortuna, state under penalty of perjury that I caused a true and correct copy of the foregoing Unopposed Motion for Extension of Time, to be forwarded by United States mail, first class, postage prepaid to the following on the date set forth below:

>Derrick R. Banks
>and
>Anna E. Banks
>4312 Terrace Street
>Philadelphia, PA 19128

>s/ Richard J. DeFortuna
>RICHARD J. DeFORTUNA

Date:  April 21, 2003

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM

114136-1