UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS PENSION AND ANNUITY FUND OF PHILADELPHIA AND VICINITY, and EDWARD CORYELL<br>        Plaintiffs<br>    v.<br><br>DERRICK R. BANKS,  ANNA E. BANKS<br>        Defendants | : : : : : : : : : : | Civil Action No.  02-4545 |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiffs-Appellants Carpenters Pension and Annuity Fund of Philadelphia and Vicinity ("Fund") and Edward Coryell, in his official capacity as a fiduciary ("Coryell" and, together with Fund "Plaintiffs")  hereby appeal to the United States Court of Appeals for the Third Circuit from the judgment(s), order(s), or decree(s) of the United States District Court for the Eastern District of Pennsylvania, dated July 18, 2003 and entered on July 23, 2003 in this action brought forth by Plaintiffs and unopposed by Defendants Derrick R. Banks and Anna E. Banks (jointly "Defendants") dismissing the case, *sua sponte,* for lack of subject matter jurisdiction, and all underlying and prior interlocutory decisions and orders of the District Court supporting such order, pursuant to Federal Rule of Appellate Procedure 4.

    Respectfully submitted,

    JENNINGS SIGMOND

    s/Kent G. Cprek
    KENT G.CPREK(40806)
    SANFORD G. ROSENTHAL
    510 Walnut Street - 16th Floor
    Philadelphia, PA   19106-3683
    215-351-0615/0611
    Counsel for Plaintiffs & Appellants

120578-1

## **CERTIFICATE OF SERVICE**

I state under penalty of perjury that I caused a copy of the foregoing Notice of Appeal to be telecopied or placed in the U.S. mail with postage for first class delivery, on the date below to the following.

Derrick R. Banks
4312 Terrace Street
Philadelphia, Pa  19128

Anna E. Banks
4312 Terrace Street
Philadelphia, PA  19128

The Honorable Louis H. Pollak
16613 U.S. Courthouse
U.S. District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA  19106

s/Kent G. Cprek
KENT CPREK

DATE:  August 21, 2003

120578-1

Richard J. DeFortuna
Direct Dial: (215) 351-0674
E-Mail Address: rdefortuna@jslex.com

Member: PA & NJ Bars

August 21, 2003

Clerk
United States District Court
2609 United States Courthouse
601 Market St.
Philadelphia, PA 19106

    **Re:**    **Carpenters Pension and Annuity Fund of Philadelphia and Vicinity, et al. v. Derrick R. Banks, et al.**
           **Civil Action No.  02-4545**

Dear Clerk:

    Enclosed please find an original and one copy of a Notice of Appeal.  Kindly file the original Notice of Appeal, time stamp the extra copy and return the latter to me in the enclosed, stamped return envelope.

    Thank you for your efforts.  Should you have any questions, please do not hesitate to call me at (215) 351-0674

                                          Sincerely,

                                          RICHARD J. DEFORTUNA

RJD/jf
Enclosure
chwp23518
derrick r. banks
cc:

120578-1

*JENNINGS & SIGMOND*
*THE PENN MUTUAL TOWERS, 16TH FLOOR*
*510 WALNUT STREET*
*PHILADELPHIA, PA 19106*
*(215) 922-6700 FAX (215) 922-3524*

**MULTIPLE RECIPIENT TELECOPIER TRANSMITTAL SHEET**

**Total number of pages (including cover sheet):**     8

**DATE:**     August 21, 2003          **TIME:**     1:53 PM

**FROM:**     KENT CPREK

**FAX NO.**          **NAME & OTHER IDENTIFICATION**

Operator Name/Direct Dial No.:     Rose - 215-351-0622
Client/File/File No.:     arnold.15957.mushroom

If you do not receive all the pages sent or if you have trouble with any of the pages, please call the operator as soon as possible.

*The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual(s) or entity(ies) named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us via the U.S. Postal Service. Thank you*

120578_1