IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARPENTERS PENSION AND ANNUITY FUND
OF PHILADELPHIA AND VICINITY, and
EDWARD CORYELL

                                                  02-4545
                                                  District Court Docket Number

       vs.

DERRICK R. BANKS, and
ANNA BANKS

Notice of Appeal Filed 8/21/03
Court Reporter(s)/ESR Operator(s) not known

Filing Fee:
        Notice of Appeal  x  Paid  __ Not Paid  __ Seaman
        Docket Fee         x  Paid  __ Not Paid  __ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending


Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending


                                        Defendant's Address (for criminal appeals)


                                           Prepared by :_____
                                                         RONALD VANCE
                                                  Deputy Clerk Signature/Date


PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm